ROGER M. MANSUKHANI (SBN: 164463)
rmansukhani@grsm.com
EMMA R. HORNER (SBN: 332978)
ehorner@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
EXACT STAFF, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARIA B. ALONSO, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation; EXACT STAFF, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 5:23-cv-01705 MCS (SSCx)<br><br>**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE**<br><br>Removal Date: August 23, 2023<br>Complaint Filed: April 27, 2023<br>Trial Date: Not Set |

IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiff Maria B. Alonso ("Plaintiff"), Defendant Target Corporation ("Target") and Defendant Exact Staff, Inc. ("Exact Staff" and together with Plaintiff and Target referred to herein as the "Parties"), by and through their respective counsel of record, as follows:

/ / /

/ / /

# RECITALS

**WHEREAS**, Plaintiff filed a class action Complaint on April 27, 2023, with the Superior Court of the State of California, County of San Bernardino, alleging the following causes of action: (1) failure to pay overtime wages; (2) failure to pay minimum wages; (3) failure to provide meal periods; (4) failure to provide rest periods; (5) waiting time penalties; (6) wage statement violations; (7) failure to timely pay wages; and (8) unfair competition (the "Action");

**WHEREAS**, on August 23, 2023, Target removed the Action to the United States District Court for the Central District of California pursuant to the Class Action Fairness Act; and

**WHEREAS**, the Parties have agreed to request dismissal of the Action without prejudice so that Plaintiff may pursue her individual claims in arbitration.

Based on the above Recitals, the Parties **HEREBY STIPULATE AND AGREE** that this Action be dismissed in its entirety without prejudice.

Dated: October 06, 2023　　　　　　　BIBIYAN LAW GROUP, P.C.

By　*/s/ Brian Zaghi*
　　―――――――――――――
　　David D. Bibiyan
　　Jeffery Klien
　　Jousha Shirian
　　Brian Zaghi
　　Attorneys for Plaintiff
　　MARIA B. ALONSO

Dated: October 06, 2023　　　　　　　DLA PIPER LLP (US)

By　*/s/ Matthew Riley*
　　―――――――――――――
　　Julie A. Dunne
　　Matthew Riley

　　Attorneys for Defendant
　　 TARGET CORPORATION

Dated: October 06, 2023      GORDON REES SCULLY MANSUKHANI, LLP

By    */s/ Emma R. Horner*
       Roger M. Mansukhani
       Emma R. Horner

Attorneys for Defendant
EXACT STAFF, INC.

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed hereto concur in the content of this filing and have authorized this filing.

Dated: October 06, 2023      BIBIYAN LAW GROUP, P.C.

By    */s/ Brian Zaghi*
       David D. Bibiyan
       Jeffery Klien
       Jousha Shirian
       Brian Zaghi
       Attorneys for Plaintiff
       MARIA B. ALONSO