JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA B. ALONSO, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation; EXACT STAFF, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 5:23-cv-01705-MCS-SSC<br><br>**ORDER ON STIPULATION DISMISSING ACTION WITHOUT PREJUDICE (ECF No. 19)** |

On October 6, 2023, the Parties to the above-referenced action filed a Stipulation to Dismiss Action Without Prejudice. The Court, having reviewed that Stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved; and
2. This action is dismissed without prejudice.

This case file is now closed.

Dated: October 10, 2023

*Mark C. Scarsi*

Mark C. Scarsi
United States District Judge